160 So. 774

### Mazee RYAN v. STATE.
### 4 Div. 130.

Court of Appeals of Alabama.
April 16, 1935.

Clayton, Clayton & Clayton, of Clayton, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

This case is governed in all respects by that of Essie Lee Turner v. State, ante, p. 307, 160 So. 774, this day decided.

Upon the authority of the decision in that case the judgment here is reversed and the cause remanded.

Reversed and remanded.